UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| David Karn and Nathan Hendrick, Individually and on Behalf of All Others Similarly Situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:18-cv-12874-TLL-PTM |
| v. | ) ) ) | Hon. Thomas L. Ludington |
| Alpena Wholesale Grocer Company d/b/a Great North Foods, Douville-Johnston Corp., Alpena Oil Company, Inc., and Huron Distributors, Inc., | ) ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their respective counsel, state that they have reached a settlement and respectfully request that this action be dismissed with prejudice. Each side will bear their own attorney's fees and costs unless otherwise agreed.

Dated: April 30, 2019

Respectfully Submitted,

/s/ Michael P. Misch
ANDERSON AGOSTINO & KELLER, P.C.
Michael P. Misch (P75065)
131 South Taylor Street
South Bend, Indiana 46601
(574) 288-1510
*Attorney for Plaintiffs*

/s/ Daniel A. Krawiec
CLARK HILL, PLC
Daniel A. Krawiec (P78783)
500 Woodward Ave., Suite 3500
Detroit, Michigan 48226
(313) 309-9497
*Attorney for Defendants*

UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | |
|---|---|
| David Karn and Nathan Hendrick, Individually and on Behalf of All Others Similarly Situated, ) ) ) ) | |
| Plaintiffs,  ) ) | Civil Action No. 1:18-cv-12874-TLL-PTM |
| v.  ) ) | Hon. Thomas L. Ludington |
| Alpena Wholesale Grocer Company d/b/a Great North Foods, Douville-Johnston Corp., Alpena Oil Company, Inc., and Huron Distributors, Inc., ) ) ) ) ) | |
| Defendants.  ) | |

**ORDER**

The parties, by counsel, filed their Stipulation of Dismissal, and being duly advised in the premises, now approves and grants the same.

IT IS THEREFORE ORDERED that this case is DISMISSED, with prejudice, attorney's fees and costs paid.

Dated: May 1, 2019

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge